IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CYNTHIA WESTRICH,**<br>　　　　　**Plaintiff,**<br><br>　　v.<br><br>**MALVERN BOROUGH,**<br>**MALVERN BOROUGH POLICE**<br>**DEPARTMENT, OFFICER SIAN KEATING,**<br>**CORPORAL STEVEN WALKER, CORPORAL**<br>**DOUGHERTY, OFFICER WILSON, OFFICER**<br>**DANIELS, OFFICER JOSEPH CAPUANO**<br>**(resigned), CHIEF OF POLICE LOUIS**<br>**MARCELLI, OFFICER TYLER BURY,**<br>**OFFICE MANAGER TIFFANY LOOMIS, and**<br>**IRA DUTTER (retired),**<br>　　　　　**Defendants.** | **CIVIL ACTION**<br><br><br>**NO.  2:24-cv-02632-KBH** |

## O R D E R

**AND NOW**, this 29th day of July, 2025, upon consideration of Defendants' Motion to Dismiss, Plaintiff's Opposition, and the reply thereto, **IT IS ORDERED** that the Motion to Dismiss is **GRANTED**. The Clerk of Court shall mark this case **CLOSED**.

　　　　　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　　　　　**/s/ Hon. Kelley B. Hodge**
　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　**HODGE, KELLEY B., J.**